AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Daniel Donnelly Jr

_Defendant_

)
) Case: 1:23-mj-00189
) Assigned To : Upadhyaya, Moxila A.
) Assign. Date : 7/31/2023
) Description: Complaint W/ Arrest Warrant
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Daniel Donnelly Jr,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions;
40 U.S.C. § 5104(e)(2)(D)- Utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress;
40 U.S.C. § 5104(e)(2)(E)- To obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings.;
18 U.S.C. § 641- To embezzle, steal, purloin, or knowingly convert to his use or the use of another, or without authority, sell, convey or dispose of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or receive, conceal, or retain the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted;
18 U.S.C. § 231(a)(3)- To commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officers lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

Date: 07/31/2023

_Issuing officer's signature_
Moxila A. Upadhyaya
2023.07.31 17:03:03 -04'00'

City and state:   Washington, D.C.         Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 07/31/2023, and the person was arrested on _(date)_ 08/02/2023
at _(city and state)_ ST. LOUIS, MO.

Date: 08/02/2023

_Arresting officer's signature_

RODRIGO FUZON   SPECIAL AGENT
_Printed name and title_