IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no.: 1:23-cr-00357-JMC |
| ) | |
| RALLY RUNNER, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW William S. Saunders, Esq. ("Movant") and enter as co-counsel for the Defendant Rally Runner, formerly known as Daniel Donnelly, Jr., pursuant Minute Order dated October 18, 2023, granting Movant's Motion for Leave to Appear Pro Hac Vice.

KODNER WATKINS, LC


By:  /s William S. Saunders
    WILLIAM S. SAUNDERS, MO#73924
    1200 S. Big Bend Blvd.
    St. Louis, MO 63117
    (314) 727-9111
    (314) 727-9110 Facsimile
    wsaunders@kwstllaw.com

*CO-COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

Signature above is also certification that on November 2, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.