IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no.: 1:23-cr-00357-JMC |
| ) | |
| RALLY RUNNER, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

COMES NOW, Will Saunders, Esq. ("Movant") and hereby requests that this court grant Movant leave to withdraw as counsel for defendant in the above-styled case on the basis that Defendant Rally Runner will continue to be represented by Albert S. Watkins, Esq.

WHEREFORE, for the foregoing reasons, defendant requests this court grant this Motion to Withdraw.

SO ORDERED:

_____

KODNER WATKINS,

By:___/s/ William S. Saunders_____
WILLIAM S. SAUNDERS, Esq. MO#73924
1200 S. Big Bend Blvd.
St. Louis, MO 63117
(314) 727-9111
(314) 727-9110 Facsimile
E-Mail: wsaunders@kwstllaw.com

## CERTIFICATE OF SERVICE

Signature above is also certification that on December 1, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.