**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No.:      1:23-cr-00357-JMC |
| | ) | |
| v. | ) | |
| | ) | |
| RALLY RUNNER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR DEFENDANT RALLY RUNNER**

COMES NOW Albert S. Watkins, Esq., and the law firm of Watkins, LLC, dba Kodner Watkins, and, for their Motion for Leave to Withdraw as Counsel for Defendant Rally Runner, states to the Court as follows:

1.      Defendant, Rally Runner, has confirmed with the undersigned the cessation of the status of Albert S. Watkins and the law firm of Kodner Watkins as counsel for the Defendant, Rally Runner, in the present matter.

2.      Defendant, Rally Runner has indicated engagement of new legal counsel is either lined up or has been accomplished.

3.      The undersigned has acknowledged with Defendant, Rally Runner, the termination of the status of the undersigned as counsel for the Defendant and, further, has confirmed immediate measures would be taken to seek leave of Court to withdraw as counsel for Defendant, Rally Runner.

WHEREFORE, Albert S. Watkins, and the law firm of Watkins, LLC dba Kodner Watkins, request leave of Court to withdraw as counsel of record herein for Defendant Rally Runner herein.

1

So Ordered:


By_____


KODNER WATKINS


By: _____/s/ Albert S. Watkins_____
ALBERT S. WATKINS, LC, DC#399625
Attorney for Defendant
1200 S. Big Bend Blvd.
St. Louis, Missouri 63117
(314) 727-9111
(314) 727-9110 Facsimile
E-Mail: al@kwstllaw.com


## CERTIFICATE OF SERVICE

Signature above is also certification that on December 12, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all parties of record.