UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:23-CR-00357-JMC-1 |
| | ) |
| RALLY RUNNER | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW Defendant, Rally Runner, by and through counsel, and hereby moves this Court to continue the sentencing hearing scheduled for July 30, 2024, by a period of three (3) weeks. In support of this motion, Defendant states as follows:

1. Defendant entered a guilty plea on March 22, 2024.

2. Defendant is presently scheduled to be sentenced July 30, 2024.

3. Counsel has received and reviewed the Presentence Investigation Report with Defendant. There are some potential issues with the criminal history calculation contained within the PSR that counsel plans to address with the probation office prior to the sentencing hearing.

4. Counsel has ordered case files related to defendant's priors but has yet to receive them.

5. Additionally, counsel has retained the services of a mental health professional to prepare a report prior to defendant's sentencing. That report however, has yet to be completed.

6. Due to competing work obligations along with complexities specific to this case,

counsel anticipates this process will require an additional three (3) weeks beyond the current scheduled sentencing hearing.

7. Should the Court's schedule permit, counsel would request this matter be set for sentencing on August 22, 2024 as counsel will be in Washington, DC that day prior to his sentencing in this district in another matter currently set for August 23, 2024.

8. Defendant, through counsel, has spoken with assistant United States attorney, Eric Boylan.  Mr. Boylan has no objection to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court continue the sentencing hearing presently scheduled for July 30, 2024, by a period of three (3) weeks.

Respectfully submitted,

By: */s/ N. Scott Rosenblum*
N. SCOTT ROSENBLUM #33390MO
ROSENBLUM, SCHWARTZ, FRY & JOHNSON
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, MO  63105
(314) 862-4332

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2024 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Eric Boylan, United States attorney.