Your Honor:

I write as a citizen, former legal counsel for Mr. Runner, and as an agent of the Court.

I do not reflect on the events of J6 by minimizing the appalling nature of same. I have had the privilege of representing the criminally accused in scores of jurisdictions throughout the country for virtually 40 years. I have represented other J6 defendants. I have also had the privilege of representing local, state and federal law enforcement personnel for the last 25 years.

Mr. Runner is a gentle man. He has been addressing patent mental health vulnerabilities since high school. Those vulnerabilities were exploited by his classmates for entertainment purposes.

His kindness and loyalty to those who gave lip service to being his friend persevered despite the lip service morphing into exploitation.

His commitment to righting his own ship exemplified remarkable discipline in the face of great odds.

He is spiritual man. He is from a good family (who in the interest of full disclosure, owned a local suburban newspaper in St. Louis that hired the undersigned in the late 1970's at $25 an article to write stories about high school sporting events).

Mr. Runner is special.

In the most obvious sense, his "special" status is clinical. In the broader and more important sense, and despite his challenges, Mr. Runner became a positive fixture in St. Louis, running around

Busch Stadium during Redbirds home games (and at out-of-town games), adorned in red and painted in the team's red colors. He sincerely believes his positive energy proved to bring his home team "birds on the bats" the extra oomph to prevail. To a very few, he was a harmless spectacle. To most, he was a happy, gentle, vigorous and welcome part of the baseball experience. He brought joy to and put smiles on faces of the countless children who saw him. He was part of the "baseball experience". To the kids he was a celebrity. To adults, he was a lighthearted and a welcome addition to the Gateway City's landscape.

His regimen involved heavy routine exercise. Inadvertently, this proved to be a medically beneficial part of a treatment protocol that would have otherwise involved prescribed controlled substances which Mr. Runner long ago eschewed as part of his stepping aside and away from drugs.

Just days after the events of J6, I was contacted by a law enforcement client who, as part of an unrelated legal matter discussion, noted his interaction (as a federal task force member investigating J6) with Mr. Runner…Mr. Runner's cooperation and sincerity, and the expression of concern for the well-being of Mr. Runner given his [mental health vulnerability] was brought to the fore . I now share that concern.

At some point it is necessary for all of us to accept responsibility, to one extent or another, for the events of J6. But for the circumstances surrounding J6, and the long-standing mental health vulnerabilities of Mr. Rally, Mr. Rally would be running, emoting positive vibes, being part of the beauty and character of the Heartland of America.

We all witnessed the months leading up to J6. We all watched the years preceding J6. We did not protect those among us who were vulnerable. As a society, we owed that to our weak…many

of whom are our siblings, parents, co-workers, friends, and neighbors. People who in the past would be protected, we left to fend for themselves as they were barraged with exploitative words and actions.

Absent grace, we are no different than Mr. Runner's high school classmates who plied him with drugs because he was fun to watch while impaired…a party favor of sorts.

Grace is order.

Very truly yours,

*Albert S. Watkins*

Angela Wexelman
6919 Columbia Ave.
University City, MO  63130

To:  US District Judge Jia M. Cobb,

I hope this letter finds you well.

My son is, Rally Runner. Formerly Daniel Joseph Donnelly Jr. and known to his family as DJ. He has 3 siblings: John Donnelly, Eliza Wexelman and Alison Wexelman West. Rally is the oldest.

Rally changed his name after he served time for several non-violent felonies. He is very remorseful and ashamed of that fact and his way of moving forward was to change his name. He really did change for the better which was good to see. It was also good to see he was remorseful.

Rally is extremely fond of the St. Louis Cardinals and he created the rally run as a way to pay tribute to them. He truly felt he helped them by running around the stadium and praying for them. He was known to many here as the rally runner in red.

Since being arrested (for Jan 6) he has not done any rally runs. He is afraid that the fans will not appreciate him due to hearing he was possibly an undercover cop or an aggressor at the Jan. 6th insurrection!  This was something that was promoted on Tucker Carlson's show with an attorney who used Rally's persona to help his clients get off or to get lesser charges. I know this is true because he shared clips of the show with me and I have saved them. I told Rally he was used by Tucker and the attorney and people like that do not care what happens to him. He struggles to believe they would lie about him.

Rally was wrong to go to DC on Jan.6th. However, he is not and never has been involved with any groups or organizations. Rally has a few good friends and none of them went with him because they did not have the same motivation. Rally really wanted to go and pray for Trump just as he did for the Cardinals. Rally is not an aggressive person.

Rally finds Trump to be a great business man and a true leader. He did engage in posting/promoting videos and memes that supported Trump and his ways on his facebook page. I am not certain what other sights he visited to find those videos and memes but I realize he is a true fan of Trump and a believer in the big lie that the election was stolen. I believe he has since closed down his facebook page.

Rally was working for Uber and doing very well prior to his arrest. I believe he has done what he needed to do while awaiting his trial and sentencing. It is also my understanding that he did not do anything violent while at the Capitol. It is my hope that he will receive probation and not have to serve time in prison

I love my son and he has a huge heart. I am very sure he will do his best if granted probation. . He did not go to the Capitol with the idea of committing a crime; he went to be a part of a protest. But, it turned into a violent insurrection

Thank you for taking the time to read my letter.

Sincerely,

Angela Wexelman (Rally's Mom)
awexelman@yahoo.com\

Thomas L, Jones Jr.
7838 Madison Drive
Saint Louis, MO 63133

Dear Honorable Judge Jia M. Cobb,

My name is Thomas L, Jones Jr., I work as a Healthcare Business Analyst with a **Master's** in Business Administration, from Washington University in St. Louis. I am writing to you today on behalf of Rally Runner, whom I have known since 2018 in the capacity of my good friend and next-door neighbor. I want to express my strongest support for Rally, advocate for his leniency, and I will be appearing in person for his upcoming sentencing on August 15th, 2024.

As I stated, Rally is a close friend to me and my next-**door neighbor. He's also been a strong,** reliable, and positive male figure in my life since the day I met him. I have no other siblings, so I look up to Rally as a brother figure. Within the time I have gotten to know him, I've always seen Rally as a kind, warm-hearted, compassionate person. Willing to help anyone with open arms, regardless of their background, gender, race, or creed.

While I am fully aware of the charges against Rally, I understand that this incident was an isolated event and does not reflect his true character. I believe this was a case of being in the wrong place at the wrong time. **In the years I've known** Rally, I have learned many things from him. For instance, being more communal with our neighbors and other individuals in our community. Even to be more understanding and accepting of people that are different from me and do not share the same views as I do. Considering that I am a proud Black man, one thing I can tell you I did not learn from him is hate. When I look at Rally, I can see how this event has forever changed life for him. People have shunned away from him and treat him entirely differently due to that one incident. Furthermore, Ralley and I live in a community in St. Louis, MO, where the vast majority of the township is Black and Mexican Americans. The isolation, shame, and sadness that comes from him is undeniable.

Rally is deeply remorseful for his actions and has taken full responsibility for his mistakes. He has been committed to making amends and has already begun taking steps towards rehabilitation. I have seen him assist lonely senior citizens within our neighborhood with home projects such as yard work, painting, and power washing their homes. He takes time out of his day to talk with young people down on their luck. When I was sick and dealing with anxiety after losing my job back in 2022, I got a dog to try and feel better. I just happened to mention to Rally one day, **"I would lose my mind if I lost my puppy". Due to the old and dilapi**dated wooden fence in my backyard. Rally took it upon himself to help me fix the open holes and broken pickets in my gate so that my untrained dog could not escape my yard.

This brought tears to my eyes because of how amazing of a person he can still be with such a heavy legal burden weighing over his head. Rally still had time to lend a hand and to think of others besides himself. I do not see how he does it, but he has kept a positive and uplifting spirit towards anyone I see him encounter.

Given Rally's strong character, remorseful attitude, and commitment to rehabilitation, I respectfully request that the court consider leniency in the sentencing. I believe that Rally deserves a chance to continue proving himself and make a positive impact on the community he lives in and the world.

Sincerely and thank you for your time,

*Thomas L. Jones Jr.*

Kelly Bird
625 Claymont Estates Dr.
Chesterfield MO 63017
Kelly.bird@bcmac.com
314-789-6950
July 31, 2024

Re: United States of America v. Rally Runner

To Whom It May Concern:

I am writing to provide a character reference for Rally Runner. I have known Rally for many years in my capacity as a friend. During this time, I have found him to be one of the most honest, reliable and kind-hearted people. He's well-known in St. Louis as Rally Runner, Cardinals' Super Fan, the Rally Run and a loving person with his own charity. He has gone above and beyond to bring joy to others and has generously given his time and money to help those less fortunate.

Rally has not only been a great friend, but also has been a great role model for my four boys. For instance, he has encouraged them to treat me and others with respect and love
His faith has been a pillar in his life and as a man of God, these actions reflect Rally's commitment to values and respect toward everyone in the community.

I believe that he is a person of good character and that his actions in this matter are not reflective of his true nature. Rally has consistently demonstrated a gentle demeanor and wouldn't hurt anyone. This is not a man that deserves a harsh sentence. He is a gentle giant and a man with a sweet disposition. Anyone who truly knows him understands he is a kind and loving person. I am confident that he will continue to be a positive and contributing member of the community.

My hope and prayer are that you will take this into consideration when sentencing my wonderful friend. As a single mother, my family of five needs and loves him dearly.

Please feel free to contact me if you require any further information.

Sincerely,

Kelly Marie Bird

Dear Judge,

I am writing on behalf of Rally Runner from St. Louis, Missouri. I have known Rally for years and he has never shown any signs of anger or hate or violence. If anything, he has always been kind to others, always wanting to help and assist with veterans and non-profits. This is the Rally Runner that I know.

Rally is always willing to put others before himself and help in any way he can. When I first met Rally he had reached out to me as he was working with a Veteran. He wasn't getting paid but offered to assist this Veteran.

Again, Rally is no threat to society. I thank you for your time and hope that you see the same side of Rally Runner that I do, and so many others do.

God Bless,

Ola Hawatmeh