UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:23-CR-00357-JMC |
| | ) |
| RALLY RUNNER, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO CONTINUE SELF-SURRENDER DATE

COMES NOW Defendant, Rally Runner, by and through counsel, and hereby moves this Court to continue his self-surrender date to the Bureau of Prisons from October 15, 2024 at 2:00 p.m. by a period of thirty days. In support of this motion, Defendant states as follows:

1. On August 15, 2024, this Court sentenced Defendant to 10 months in the Bureau of Prisons.

2. On September 26, 2024, Defendant received notice from the United States Marshals Service directing Defendant to surrender to the Bureau of Prisons facility FCI Thomson on October 15, 2024 by 2:00 p.m.

3. Defendant requests this relatively brief extension of his surrender date to allow time for him to get his property in compliance with St. Louis County building code. Defendant has received notice from the County listing deficiencies that must be resolved within the next thirty days. Once these matters are resolved and Defendant can activate his security system, Defendant plans to remove his belongings from his storage unit and move them into his home.

4. Defendant understands he will have to surrender to the Bureau of Prisons shortly and that any continuances on this Court may grant will not reduce the total amount of time he must serve.

6.  Defense Counsel has discussed this request with Assistant United States Attorney, Eric Boylan.  Mr. Boylan does not object to this request.

7.  Additionally, Counsel has discussed this request with Pretrial Services Officer, Elizabeth Marcus. Ms. Marcus also has no objection.

WHEREFORE, Defendant respectfully requests this Honorable Court continue his surrender date to the Bureau of Prisons from October 15, 2024 at 2:00 p.m. by a period of thirty days.

Respectfully submitted,

By:  */s/ N. Scott Rosenblum*
N. SCOTT ROSENBLUM #33390MO
ROSENBLUM, SCHWARTZ, FRY & JOHNSON
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, MO  63105
(314) 862-4332

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2024 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Eric Boylan, United States attorney.