UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:23-CR-00357-JMC-1 |
| | ) |
| RALLY RUNNER | ) |
| | ) |
| Defendant. | ) |

## SECOND MOTION TO CONTINUE SELF-SURRENDER DATE

COMES NOW Defendant, Rally Runner, by and through counsel, and hereby moves this Court to continue his self-surrender date to the Bureau of Prisons from November 15, 2024 to a date beyond January 20, 2025. In support of this motion, Defendant states as follows:

1. On August 15, 2024, this Court sentenced Defendant to 10 months in the Bureau of Prisons.

2. On September 26, 2024, Defendant received notice from the United States Marshals Service directing Defendant to surrender to the Bureau of Prisons facility FCI Thomson on October 15, 2024 by 2:00pm.

3. Following a request to extend Defendant's surrender date, this Court ordered that he surrender November 15, 2024.

4. On November 5, 2024 former President Donald J. Trump won his re-election bid for President of the United States.

5. On numerous previous occasions, President-elect Trump has stated his intention to pardon individuals charged similarly to Mr. Runner.

1

6.      Accordingly, Mr. Runner requests this Court extend his surrender date beyond

January 20, 2025 when President-elect Trump assumes office.

7.      Defendant understands if President-elect Trump does not pardon him, he

would have to surrender to the Bureau of Prisons and that any continuances

this Court may grant will not reduce the total amount of time he must serve.

8.      Defense Counsel has discussed this request with Assistant United States

Attorney Eric Boylan.  Mr. Boylan objects to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court to continue his

self-surrender date to the Bureau of Prisons from November 15, 2024 to a date beyond January

20, 2025.

Respectfully submitted,

By:     */s/ N. Scott Rosenblum*
        N. SCOTT ROSENBLUM #33390MO
        ROSENBLUM, SCHWARTZ, FRY & JOHNSON
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, MO  63105
        (314) 862-4332

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2024 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Eric Boylan, United States attorney.